UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09CV01111 HEA |
| ) | |
| ONE 1957 FORD RANCHERO, SEIZED ) | |
| FROM ROUTE 66 HOT ROD IN ) | |
| FENTON, MISSOURI, WITH ALL ) | |
| APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of Final Judgment by Default. Plaintiff has shown that there was reasonable cause for seizure of the defendant property, one 1957 Ford Ranchero, seized from Route 66 Hot Rod in Fenton, Missouri, with all appurtenances and attachments thereon, that a complaint for forfeiture was filed, that the claimant, Russell Kuda, was served with process and that any and all other potential claimants have been served by publication. No potential claimant has filed a claim to the defendant property. The clerk of the Court has entered a default in this action. Therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED:

(1) That a judgment by default is hereby entered against the defendant property, one 1957 Ford Ranchero, seized from Route 66 Hot Rod in Fenton, Missouri, with all appurtenances and attachments thereon;

(2) That all persons claiming any right, title or interest in or to the defendant property, one 1957 Ford Ranchero, seized from Route 66 Hot Rod in Fenton, Missouri, with all appurtenances and attachments thereon, are held in default;

(3) That the defendant property, one 1957 Ford Ranchero, seized from Route 66 Hot Rod in Fenton, Missouri, with all appurtenances and attachments thereon, is hereby forfeited to the United States of America;

(4) That the defendant property, one 1957 Ford Ranchero, seized from Route 66 Hot Rod in Fenton, Missouri, with all appurtenances and attachments thereon, be disposed of according to law.

IT IS FURTHER ORDERED, FOUND AND CERTIFIED:

(6) That, pursuant to Title 28, United States Code, Section 2465, reasonable cause existed for the seizure of the defendant property, one 1957 Ford Ranchero, seized from Route 66 Hot Rod in Fenton, Missouri, with all appurtenances and attachments thereon.

SO ORDERED:

HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of December, 2009.